NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**LYMAN F. BUSH INDIVIDUALLY AND AS
PERSONAL REPRESENTATIVE OF THE ESTATE
OF BEVERLY J. BUSH,**
*Plaintiffs-Appellants,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2009-5008

---

Appeal from the United States Court of Federal Claims in consolidated case nos. 02-CV-1041 and 04-CV-1598, Judge George W. Miller.

---

**TOMMY J. SHELTON,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2009-5009

---

Appeal from the United States Court of Federal Claims in consolidated case nos. 02-CV-1042 and 04-CV-1595, Judge George W. Miller.

---

## **O R D E R**

Oral argument for these appeals is scheduled for May 10, 2011, at 11:00 a.m. in courtroom 201, before the court *en banc*.  These appeals will be argued together allowing 30 minutes per side for a total argument time of 1 hour. The parties shall notify the clerk in writing of the name of the counsel who will present oral argument no later than April 25, 2011.

FOR THE COURT


April 13, 2011                      /s/ Jan Horbaly
Date                                Jan Horbaly
                                    Clerk


cc:  Sallie W. Gladney, Esq.
     Thomas E. Redding, Esq.
     Andrew M. Weiner, Esq.